FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 04 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KIMELYN A. MINNIFIELD, | ) |
| | ) CIVIL ACTION FILE |
| Plaintiff, | ) |
| | ) NO. **1 10-CV-0009** **TWT** |
| | ) |
| | ) REMOVED FROM DEKALB |
| vs. | ) COUNTY SUPERIOR COURT |
| | ) CIVIL ACTION FILE |
| JOHNSON & FREEDMAN II, LLC, | ) NO. 2009CV13816-1 |
| dba JOHNSON & FREEDMAN, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

COME NOW Defendant Johnson & Freedman II, LLC, dba Johnson & Freedman, LLC ("Johnson & Freedman"),[1] pursuant to 28 U.S.C. § 1446, and hereby files this Notice of Removal and respectfully shows the Court as follows:

1.

Plaintiff commenced the Superior Court Action on November 24, 2009, in the Superior Court of DeKalb County Georgia, by filing a "Complaint for Damages,"

---

[1] Johnson & Freedman II, LLC is not doing, and has never done, business as Johnson & Freedman, LLC. Defendant uses that appellation here because Plaintiff has designated the Defendant in that way. The correct nomenclature for Johnson & Freedman is Johnson & Freedman, LLC.

allegedly stemming from Johnson & Freedman's efforts to foreclose, on behalf of its client, real property pledged by Plaintiff as collateral for a loan.

2.

Plaintiff's Complaint for Damages alleges, inter alia, that Johnson & Freedman: (1) violated provisions of the Fair Debt Collections Practices Act, 15 U.SC. § 1692e–g; (2) caused Plaintiff to suffer as a result of said violations; and (3) committed state law violations of fraud, bad faith, negligence, and Georgia's civil RICO statute.

3.

Johnson & Freedman was served with Plaintiff's Complaint for Damages on December 4, 2009.

4.

This Notice of Removal is timely filed by Johnson & Freedman within 30 days of being served with Plaintiff's Complaint for Damages, as required by 28 U.S.C. § 1446(b).

5.

As required by 28 U.S.C. § 1446(a), Johnson & Freedman attaches true and correct copies of all process and pleadings as served on it in the Superior Court Action as Exhibit A.  Exhibit A consists of the summons and Plaintiff's Complaint

for Damages.

6.

This action is removable under 28 U.S.C. § 1441(a) and (b) because it is an action that falls within the original jurisdiction of this Court. Specifically, this is an action that falls within this Court's federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff has alleged that Johnson & Freedman violated certain provisions of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692e–g.

7.

The exercise of federal jurisdiction would not disturb the balance between federal and state judicial responsibilities.

8.

Plaintiff's claims all relate to Johnson & Freedman's efforts to foreclose on certain real property. Thus, this Court has supplemental jurisdiction over the state law claims in Plaintiff's Complaint for Damages because they form part of the same case or controversy as Plaintiff's claims that state a federal question and fall within this Court's original jurisdiction. 28 U.S.C. § 1367(a).

9.

The United States District Court for the Northern District of Georgia, Atlanta Division, is the proper venue for removal because it is the federal judicial

3

district and division embracing the Superior Court of DeKalb County, Georgia, where this suit was originally filed.  28 U.S.C. §§ 90(a)(2), 1441(a).

10.

Johnson & Freedman is filing a precise copy of the Notice of the Removal with the Clerk of the Superior Court of DeKalb County, and providing written notice of the removal to Plaintiff, as required by 28 U.S.C. § 1446(d).

11.

The allegations of this Notice of Removal are true and correct, and this cause is removable to the United States District Court of the Northern District of Georgia.

WHEREFORE, Defendant requests that this matter be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 4th day of January, 2010.

Respectfully submitted,

CARLOCK, COPELAND & STAIR, LLP

By: _____

JOHANNES S. KINGMA
State Bar No. 421650
SHANNON M. SPRINKLE
State Bar No. 495095
JOHN L. BUNYAN
State Bar No. 121203

2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia  30303
404-522-8220

4

5

..........
P.O. Box 56887
Atlanta, Georgia  30303

*Attorneys for Defendant Johnson
& Freedman II, LLC dba Johnson
& Freedman, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing

document has been served upon all parties in interest in said case by first-class

U.S. mail as follows:

Kimelyn A. Minnifield, Esq.
950 Eagle's Landing Parkway, #169
Stockbridge, Georgia 30281

This 4th day of January, 2010.

Respectfully submitted,

CARLOCK, COPELAND & STAIR, LLP

By: _____
JOHN L. BUNYAN
State Bar No. 121203
*Attorney for Defendant Johnson &*
*Freedman II, LLC dba Johnson &*
*Freedman, LLC*

2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
404-522-8220

..........
P.O. Box 56887
Atlanta, Georgia 30303

6

2859331v.1