IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMELYN A. MINNIFIELD, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:10-CV-0009-TWT-GGB |
| JOHNSON & FREEDMAN II, LLC and JOHNSON & FREEDMAN, LLC, | |
| Defendants. | |

## **NON-FINAL REPORT AND RECOMMENDATION**

This case is before the Court on Defendants Johnson & Freedman II, LLC and Johnson & Freedman, LLC's ("Defendants'") motion to dismiss Plaintiff Kimelyn A. Minnifield's ("Plaintiff's") original complaint (Doc. 2).

Defendants, a law firm, initiated a non-judicial foreclosure on Plaintiff's property. Plaintiff then filed this lawsuit in the Superior Court of DeKalb County, Georgia alleging that Defendants violated various laws by misrepresenting what entity held the security interest in her property. Defendants removed the lawsuit to this Court and filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) on January 11, 2010. (Doc. 2).

The Federal Rules of Civil Procedure permit a plaintiff to amend her complaint once as a matter of course within twenty-one days after the defendant serves a motion to dismiss under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(B). Plaintiff filed an amended

complaint on February 4, 2010, asserting that she was amending her complaint as a matter of course pursuant to Rule 15(a)(1)(B).  Defendants did not move to strike the amended complaint as untimely.  Instead, they filed a motion to dismiss Plaintiff's amended complaint for failure to state a claim.  (Doc. 14).  Accordingly, I **RECOMMEND** that Defendants' motion to dismiss Plaintiff's original complaint (Doc. 2) be **DENIED as moot**.

My Report and Recommendation on Defendants' motion to dismiss Plaintiff's amended complaint (Doc. 14) is forthcoming.

IT IS SO RECOMMENDED this 21st day of July, 2010.

*/s/ Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)