IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KIMELYN A. MINNIFIELD,

   Plaintiff,

    v.

JOHNSON & FREEDMAN II, LLC
doing business as
Johnson & Freedman, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-9-TWT

## ORDER

This is an action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending denying the Defendants' Motion to Dismiss [Doc. 2] as moot. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 2] is DENIED as moot.

SO ORDERED, this 13 day of August, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Minnifield\r&r.wpd